

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 19, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     *United States v. Demont Dixon*, 97 Cr. 498 (LAP)
               *Demark Dixon v. United States*, 24 Civ. 4312 (LAP)

Dear Judge Preska:

      The Government writes to respectfully request that the Court enter a limited unsealing order allowing the Government to view and copy the sealed records corresponding to 97 Cr. 498 docket numbers 194 and 195.

      In a request docketed on July 24, 2024, defendant Demark Dixon moved the Court to unseal docket numbers 194 and 195. (Dkt. 203.) On April 21, 2025, the Court issued an order stating that docket number 194 is a noncompliance report relating to the defendant and docket number 195 is a document concerning a co-defendant, and requiring the Government to provide its position on the defendant's request. (Dkt. 206.) The Government respectfully requests that the Court issue a limited unsealing order so that the Government can review these records and respond to the Court's April 21, 2025 order.

```
SO ORDERED.

_Loretta A. Preska_____
Loretta A. Preska
United States District Judge

May 20, 2025
New York, New York
```

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
     Lauren E. Phillips
     Assistant United States Attorney
     (212) 637-2231

cc:     Demark Dixon (by certified mail)