UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>DEMARK DIXON,<br><br>               Defendants. | 97-CR-498; 24-CV-04312 (LAP)<br><br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendant's request to reply to the Government's opposition by June 9, 2025, (dkt. no. 20). The request is granted. The Clerk of the Court is directed to close dkt. no. 20 in 24 Civ. 4312.

**SO ORDERED.**

Dated:    New York, New York
            May 27, 2025

                                   _____
                                   LORETTA A. PRESKA
                                   Senior United States District Judge