Dellark Dixon
    vs.    Plaintiff

United States
        Defendant.

97-cr-498 (LAP)
24-cv-4312 (LAP)

Judge Preska

## Motion For Extension of Time

Plaintiff is request for extension of time, to file my papers. I will filed my papers on or before 6/13/2025.

Prior to this request, I sent a receipt to this court indicating, that I wasn't filing any responce, because I have so much going on at one time. I have some free time now, to file a responce.

Please grant this request.

Respectfully Submitted.

Date 6/4/25

Dellark Dixon

cc. Ms Lauren Phillips
    AUSA





DeMarh Dixon
3476 Virginia Pkwy
Suite 115
Box 502
Va Beach Va 23456

To: Judge Loretta A. Preska
U.S. District Court
500 Pearl St
New York NY 10007

RICHMOND VA RPDC 230
5 JUN 2025 PM 2 L

The extension request is granted.
The Court is now in receipt of
Defendant's reply, (dkt. no. 218).
The Clerk of the Court shall close
dkt. no. 217 and mail a copy of this
order to Defendant.  **SO ORDERED.**

*Loretta A. Preska*
———————————————
Loretta A. Preska
United States District Judge

June 12, 2025
New York, New York